# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

WILLIAM R MEYERS, III,

    Petitioner,

v.                                                CASE NO. 4:11-cv-00122-MP-CAS

EDWIN G BUSS, MICHAEL D CREWS, SECRETARY DEPARTMENT OF CORRECTIONS, KENNETH S TUCKER,

    Respondents.

_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 23, 2013. (Doc. 51). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Instead of objecting, however, petitioner filed a notice of inquiry asking about the status of his case, as if he had not received the Report and Recommendation. The Clerk then found proof that the Report and Recommendation had indeed been sent to him and not returned as undeliverable. The Court set out this proof in the order at Doc. 53, and directed petitioner to show cause why he should be allowed to file objections out of time. Petitioner has not responded and the time for doing so has passed. The Court will therefore consider the Report and Recommendation as not objected to.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. The court agrees with the state court and the Magistrate Judge that there was no deficient performance in refusing to insist on a speedy trial, as to do so would have been to proceed without being ready. Also, the supposed advantage of

going early – catching the state without the victim witness – was actually not likely to occur according to the evidence at the evidentiary hearing.

As to ground 2, the Court agrees with the state court and the Magistrate Judge that neither of the statements made during closing argument represented impermissible shifting of the burden of persuasion to the defense. Also, defense counsel's tactical decision to not object during closing arguments was a reasonable one under the circumstances.

Finally, the Court agrees with the state court and the Magistrate Judge that moving to continue sentencing to introduce medical evidence would not have lessened petitioner's sentence and could have caused his scoresheet – which was lower than would be expected – to be rescored, resulting in a higher range. Also, the evidence showed that counsel was not aware of the medical conditions at the time of sentencing, so he could not have introduced evidence he was not aware of.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The § 2254 petition (Doc. 1) is DENIED. To the extent Petitioner has filed a motion to expedite, that motion (Doc. 49), as well as the motion for clarification (Doc. 48), are both DENIED as moot. A certificate of appealability is DENIED and leave to appeal in forma pauperis is DENIED.

**DONE AND ORDERED** this _10th_ day of January, 2014

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge